

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00133-CR

———————————————

EX PARTE CODY ALLEN ATWOOD

On Appeal from the 30th District Court
Wichita County, Texas
Trial Court No. DC30-CR2020-0303

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant has moved to dismiss his appeal. Because we have not yet decided this case, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: October 22, 2020